**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 17 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10093 |
| Plaintiff - Appellee, | D.C. No. 4:13-cr-00017-JSW-2 |
| v. | |
| JESUS PACHECO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Northern District of California
Jeffrey S. White, District Judge, Presiding

Submitted January 29, 2015[**]

Before:    HUG, FARRIS, and CANBY, Circuit Judges.

Jesus Pacheco appeals from the district court's judgment and challenges the

80-month sentence imposed following his guilty-plea conviction for conspiracy to

possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846,

and possession with intent to distribute methamphetamine, in violation of 21

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

U.S.C. §§ 841 (a)(1), (b)(1)(A)(viii).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Pacheco contends that the district court clearly erred by denying him a minor role adjustment pursuant to U.S.S.G. § 3B1.2(b).  In light of the very large quantity of methamphetamine and Pacheco's conduct over the course of several days, including storing methamphetamine at his home, the district court did not clearly err.  *See United States v. Hurtado*, 760 F.3d 1065, 1068-69 (9th Cir. 2014); *United States v. Rodriguez-Castro*, 641 F.3d 1189, 1193 (9th Cir. 2011); *United States v. Cantrell,* 433 F.3d 1269, 1282-83 (9th Cir. 2006).

**AFFIRMED**.